IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Constellation Mystic Power, LLC, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Case No. 23-1189 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
| | ) | |
| Respondent | ) | |

**MOTION FOR LEAVE TO INTERVENE OF THE
<u>NEW ENGLAND STATES COMMITTEE ON ELECTRICITY</u>**

Pursuant to Rule 15(d) of the Federal Rules of Appellate Procedure and Circuit Rule 15(b), the New England States Committee on Electricity, Inc. ("NESCOE") hereby respectfully moves for leave to intervene in the above-captioned proceeding. In support hereof, NESCOE states as follows:

NESCOE is the Regional State Committee for New England. It is governed by a board of managers appointed by the Governors of Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont and is funded through a regional tariff that ISO New England Inc. administers. NESCOE's mission is to represent the interests of the citizens of the New England region by advancing

policies that will provide electricity at the lowest possible price over the long term, consistent with maintaining reliable service and environmental quality.

On July 18, 2023, Constellation Mystic Power, LLC ("Mystic") sought review of the following orders issued by the Federal Energy Regulatory Commission ("FERC"):

1. *Constellation Mystic Power, LLC*, Order on Remand and On Motion to Hold in Abeyance, Docket No. ER18-1639-019, 182 FERC ¶ 61,200 (Mar. 28, 2023); and

2. *Constellation Mystic Power, LLC*, Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, Docket No. ER18-1639-024, 183 FERC ¶ 62,115 (May 30, 2023).

NESCOE participated in the above-named FERC proceedings and stands to be affected by the outcome. NESCOE has a direct, immediate, and substantial interest in this proceeding, which cannot be adequately represented by any other party. NESCOE may be affected by any action that the Court may take and therefore should be permitted to intervene and participate fully.

NESCOE anticipates that it may support the respondent, FERC, on certain issues raised by Mystic. Accordingly, NESCOE seeks to intervene in this proceeding to preserve its right to participate in briefing in support of respondent on issues that Mystic may raise.

WHEREFORE, NESCOE respectfully moves the Court for leave to intervene with the right to participate fully in all aspects of this proceeding.

Respectfully submitted,

*/s/ Shannon Beale*

Shannon Beale*
Assistant General Counsel
New England States Committee
on Electricity, Inc.
P.O. Box 322
Osterville, MA 02655
Tel:  (781) 400-9000
shannonbeale@nescoe.com

*/s/ Phyllis G. Kimmel*

Phyllis G. Kimmel
Phyllis G. Kimmel Law Office PLLC
1717 K Street, NW, Suite 900
Washington, DC 20006
Tel: (202) 787-5704
Email: pkimmel@pgklawoffice.com

*Attorneys for the New England States Committee on Electricity, Inc.*

* Not admitted to the D.C. Circuit

Dated:  August 10, 2023

IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Constellation Mystic Power, LLC, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Case No. 23-1189 |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
| | ) | |
| Respondent | ) | |

**CORPORATE DISCLOSURE STATEMENT OF
<u>NEW ENGLAND STATES COMMITTEE ON ELECTRICITY, INC.</u>**

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rules 15(c)(6) and 26.1, the New England States Committee on Electricity, Inc. ("NESCOE") hereby files its Corporate Disclosure Statement in the above-captioned case.

NESCOE is a non-profit entity governed by a board of managers appointed by the Governors of Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont. Its general purpose is to represent the collective perspective of the six New England states in regional electricity matters. NESCOE has no parent company, is not a publicly held corporation, and there is no publicly held company that has any ownership interest in NESCOE.

Respectfully submitted,

*/s/ Shannon Beale*

Shannon Beale*
Assistant General Counsel
New England States Committee
on Electricity, Inc.
P.O. Box 322
Osterville, MA 02655
Tel: (781) 400-9000
shannonbeale@nescoe.com

*/s/ Phyllis G. Kimmel*

Phyllis G. Kimmel
Phyllis G. Kimmel Law Office PLLC
1717 K Street, NW, Suite 900
Washington, DC 20006
Tel: (202) 787-5704
Email: pkimmel@pgklawoffice.com

*Attorneys for New England State Committee on Electricity*

* Not admitted to the D.C. Circuit

Dated: August 10, 2023

5

# **CERTIFICATE OF SERVICE**

In accordance with Rule 25 of the Federal Rules of Appellate Procedure and the Circuit Rule 25, I hereby certify that on this 10th day of August, 2023, I have served the foregoing document on registered counsel for participants in this case electronically through the Court's CM/ECF system.

>  /s/ Phyllis G. Kimmel
> 
> Phyllis G. Kimmel
> Phyllis G. Kimmel Law Office PLLC
> 1717 K Street, NW, Suite 900
> Washington, DC 20006
> 
> *Attorney for the New England States Committee on Electricity*

Dated: August 10, 2023